IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERICK HERNANDEZ-HERNANDEZ,<br><br>Defendant. | 8:26CR19<br><br>INDICTMENT<br>8 U.S.C. §§ 1326(a) & (b)(2) |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 FEB 18 PM 2:03
OFFICE OF THE CLERK

The Grand Jury charges:

### COUNT ONE
(Illegal Reentry Of A Removed Alien After Having Been Convicted Of An Aggravated Felony)

On or about February 8, 2026, in the District of Nebraska, the defendant, ERICK HERNANDEZ-HERNANDEZ, an alien who previously had been excluded, deported, and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557), having expressly consented to defendant's reapplication for admission into the United States.

It is further alleged that the defendant, ERICK HERNANDEZ-HERNANDEZ, was excluded, deported and removed from the United States subsequent to April 15, 2009.

In violation of Title 8, United States Code, Sections 1326(a) & (b)(2).

A TRUE BILL.

FOREPERSON

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By: *[signature]*
MIKALA PURDY-STEENHOLDT
Assistant U.S. Attorney